| | |
|---|---|
| 1 | Mark C. Holscher (SBN 139582) |
| 2 | Jeff Sinek (SBN 135508)<br>KIRKLAND & ELLIS LLP |
| 3 | 555 South Flower Street<br>Los Angeles, CA  90071 |
| 4 | Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500 |
| 5 | Email:   mark.holscher@kirkland.com<br>         jeff.sinek@kirkland.com |
| 6 | David A. Klein (SBN 273925) |
| 7 | KIRKLAND & ELLIS LLP<br>2049 Century Park East |
| 8 | Los Angeles, CA  90067<br>Telephone:  (310) 552-4200 |
| 9 | Facsimile:  (310) 552-5900<br>Email:   david.klein@kirkland.com |
| 10 | *Attorneys for Defendant Canoo Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BLAKE, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>CANOO INC., TONY AQUILA, ULRICH KRANZ, and PAUL BALCIUNAS,<br><br>           Defendants. | CASE NO. 2:21-cv-02873-FMO-JPR<br><br>Honorable Fernando M. Olguin<br><br>CLASS ACTION<br><br>**DEFENDANT CANOO INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**Fed. R Civ. P. 7.1**<br><br>Complaint Filed:      April 2, 2021 |

DEFENDANT CANOO INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Canoo Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: May 7, 2021                    KIRKLAND & ELLIS LLP

*/s/ Mark Holscher*
Mark Holscher

*Attorneys for Defendant Canoo Inc.*

1
DEFENDANT CANOO INC.'S CORPORATE DISCLOSURE STATEMENT